### 3417.   CARSWELL *v.* THE STATE.

RUSSELL, J.  1. The court did not err in charging the law of voluntary manslaughter.  *Gann* v. *State,* 30 *Ga.* 67.

2. The defendant can not complain that the court gave in charge to the jury section 71 of the Penal Code (1910).  This instruction was manifestly favorable to the accused.                *Judgment affirmed.*

DECIDED NOVEMBER 7, 1911.

Indictment for murder—conviction of manslaughter; from Laurens superior court—Judge Martin. April 12, 1911.

*Adams & Flynt, John R. Cooper,* for plaintiff in error.

*E. D. Graham, solicitor-general,* contra.